IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORGE RODRIGUEZ SANCHEZ,<br><br>Defendant. | CR 17–133–BLG–DLC<br><br><br><br>ORDER |

Before the Court is the government's Motion to Dismiss Indictment Without Prejudice.  (*Sealed* Doc. 5.)  Good cause supports the motion.

Three years ago, a Grand Jury charged Defendant Jorge Rodriguez Sanchez with conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846, and possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.  (*Sealed* Doc. 1.)  United States Magistrate Judge Timothy J. Cavan issued a warrant for Sanchez's arrest the same day.  (Doc. 4.)  To date, law enforcement has been unable to locate Sanchez to execute the warrant, however.  (*Sealed* Doc. 5.)

As Sanchez has not yet appeared in this case, and the Court finds no evidence of an improper prosecutorial purpose in seeking the instant motion, *see United States v. W.R. Grace*, 429 F. Supp. 2d 1207, 1246–47 (D. Mont. 2006),

IT IS ORDERED that the motion (*Sealed* Doc. 5) is GRANTED.

Accordingly, IT IS ORDERED that the Indictment (*Sealed* Doc. 1) is DISMISSED WITHOUT PREJUDICE.

DATED this 16th day of November, 2020.

_____
Dana L. Christensen, District Judge
United States District Court